IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KATHERINE TWEEDLE                                               PLAINTIFF

V.                    CASE NO. 4:07-CV-530 (RSW)

STATE FARM FIRE AND CASUALTY
COMPANY and JOHN STANSEL HARVEY                                DEFENDANTS

**ORDER STAYING CASE PENDING CURRENT APPEAL**

This case ("Tweedle 2") was reassigned to this Court on June 4, 2007, because the issues involved are closely related to Tweedle v. State Farm Fire and Casualty Company, 4:04-cv-608 ("Tweedle 1"). Tweedle 1 is currently on appeal, and on March 27, 2007, this Court stayed Tweedle 1 pending the resolution of the appeal. The Court finds the two cases are sufficiently related that it cannot proceed with Tweedle 2 until the appeal for Tweedle 1 is resolved. Therefore, the Court, immediately and on its own motion, **STAYS** all activity in Tweedle 2 until such time as the appeal for Tweedle 1 is resolved. As soon as the Tweedle 1 appeal is resolved, the Court will address any issue of consolidation.

**IT IS SO ORDERED,** this 4th day of June, 2007.

/s/ Rodney S. Webb
RODNEY S. WEBB, District Judge
United States District Court